# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>HARDER MECHANICAL CONTRACTORS,<br><br>        Defendant. | 1:23-cv-01162-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

      Plaintiff Sergio Alvarez, proceeding *pro se*, filed this civil action on August 4, 2023, along with an application to proceed *in forma pauperis* ("IFP"). (Docs. 1, 2.) However, as there are deficiencies with the IFP application, the Court will direct Plaintiff to file a new application.

      First, Plaintiff listed "$2300.00" in response to item 2a requiring he "state the amount of your take-home salary or wages and pay period and give the name and address of your employer." (Doc. 2 at 1.) Plaintiff's response of "$2300.00" does not include the pay period for this amount, nor does it include the name and address of the employer. Second, in response to item 6 requiring Plaintiff "List the persons who are dependent on your for support, state your relationship to each person and indicate how much you contribute to their support," Plaintiff wrote "my 3 kids and bills." (*Id.* at 2.) This response does not include an amount that Plaintiff contributes to his children's support.

Under 28 U.S.C. § 1915(a)(1), a *pro se* plaintiff may proceed without prepayment of fees by submitting "an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." *See Flores v. California Corr. Women's Facility*, No. 1:19-cv-1509-NONE-JLT, 2020 WL 8821643, at *1 (E.D. Cal. June 24, 2020) (noting that § 1915(a)(1) applies to non-prisoner plaintiffs). Without knowing Plaintiff's financial circumstances, the Court cannot conclude that Plaintiff is unable to pay the $402.00 filing fee for this case. Accordingly, the Court will require Plaintiff to file a revised application containing the completed financial information.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to mail Plaintiff a form IFP application. (Form AO 240);
2. Plaintiff shall complete the form IFP application, accurately, truthfully, and completely answering all questions, and shall file the form by no later than September 7, 2023. Alternatively, Plaintiff may pay the $402.00 filing fee to proceed with this case;
3. No extension of time will be granted without a showing of good cause; and
4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **August 7, 2023**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE