# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARDER MECHANICAL CONTRACTORS,<br><br>　　　　　Defendant. | 1:23-cv-01162-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　Plaintiff Sergio Alvarez, proceeding *pro se*, filed this civil action on August 4, 2023, along with an application to proceed *in forma pauperis* ("IFP"). (Docs. 1, 2.) On August 8, 2023, the Court issued an Order requiring Plaintiff to file a completed IFP application or pay a filing fee, and highlighted deficiencies with Plaintiff's initial IFP application. (Doc. 3.) In its Order, the Court noted that Plaintiff had not stated the pay period for his salary in response to Item 2a, nor the amount Plaintiff contributes to his children's support in Item 6. (*Id.* at 1.) Plaintiff filed a new IFP application on August 11, 2023. (Doc. 4.) However, the re-filed IFP application still included the same deficiencies as plaintiff did not clarify the pay period for his salary nor an approximate amount that he contributes to his children's support. (*Id.*) The Court identified these issues and again ordered Plaintiff to file a compete IFP application. (Doc. 5.) On August 18, 2023, Plaintiff filed a new IFP application. (Doc. 6.) In this IFP application,

Plaintiff again noted that his salary is "$2800.00" without listing a pay period. (*Id.*) Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **thirty (30) days** of the date of this order, Plaintiff shall complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court will recommend that Plaintiff's IFP application be denied and Plaintiff be ordered to pay the $402.00 filing fee for this action.

IT IS SO ORDERED.

Dated: **August 21, 2023**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE