# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGIO ALVAREZ ,** | **JUDGMENT IN A CIVIL CASE** |
|  | CASE NO: **1:23–CV–01162–JLT–BAM** |
| v. |  |
| **HARDER MECHANICAL CONTRACTORS ,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/31/2025 .**

ENTERED:   **July 31, 2025**          /s/  **Keith Holland**
                                                                    Clerk of Court